UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY BUELOW, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALIBABA GROUP HOLDING LIMITED, et al.,<br><br>　　　　Defendants. | Case No.   15-cv-05179-BLF<br><br>**ORDER VACATING HEARING RE: MOTION TO REMAND AND MOTION TO STAY** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiffs' Motion to Remand, ECF 22, and Defendants' Motion to Stay, ECF 23, suitable for submission without oral argument and hereby VACATES the hearings scheduled for January 21, 2016.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge