# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ALIBABA GROUP HOLDING**
**LIMITED SECURITIES LITIGATION**

Buelow, et al. v. Alibaba Group Holding Limited, et al.,   )
      N.D. California, C.A. No. 5:15-05179        )          MDL No. 2631

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE JANUARY 28, 2016, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Buelow*) on November 17, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Buelow* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Buelow* was remanded to San Mateo County Superior Court, California, by the Honorable Beth Labson Freeman in an order issued on January 20, 2016.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on November 17, 2015, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2015, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel